United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 19-19628-RAM
Juan Carlos Baralt                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: admin          Page 1 of 2          Date Rcvd: Nov 01, 2019
                              Form ID: 318          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
```
db            +Juan Carlos Baralt,   730 East 16 Place,  Hialeah, FL 33010-3237
cr            +Space Coast Credit Union,   c/o Isabel V. Colleran, Esq.,   25 SE Second Ave, Suite 730,
               Miami, FL 33131-1696
95221904       Bank of America,   PO box 15726,  Wilmington, PA 19686
95221906      +Bankamerica,   4909 Savarese Circle,  Tampa, FL 33634-2413
95221909      +Cbna,   Po Box 6497,  Sioux Falls, SD 57117-6497
95221921      +Jpmcb Hl,   700 Kansas Lane,  Monroe, LA 71203-4774
95221924      +Mercantile Adjustment Bureau,   165 Lawrence Bell Drive, Suite 100,  Buffalo, NY 14221-7900
95221926      +Nationstar/mr Cooper,   8950 Cypress Waters Blvd,  Coppell, TX 75019-4620
95221928      +Rausch, Sturm, Israel, Enerson & Hornik,   5801 Ulmerton Rd, Suite 201,
               Clearwater, FL 33760-3951
95221929      +Sears/cbna,   Po Box 6217,  Sioux Falls, SD 57117-6217
95221940       Wffnb/eldorado Furnitu,   Cscl Dispute Team N8235-04m,  Des Moines, IA 50306
95221941      +Wilshire Crd,   4909 Savarese Circle F11-908-0,  Tampa, FL 33634-2413
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QDMDILLWORTH.COM Nov 02 2019 05:59:00     Drew M Dillworth,   2200 Museum Tower,
               150 West Flagler St,  Miami, FL 33130-1536
smg            EDI: FLDEPREV.COM Nov 02 2019 05:58:00     Florida Department of Revenue,  POB 6668,
               Tallahassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 02 2019 03:05:07     Office of the US Trustee,
               51 S.W. 1st Ave.,  Suite 1204,  Miami, FL 33130-1614
cr            +EDI: RMSC.COM Nov 02 2019 05:59:00     Synchrony Bank,   PRA Receivables Management, LLC,
               PO Box 41021,  Norfolk, VA 23541-1021
95221905       EDI: BANKAMER.COM Nov 02 2019 05:59:00     Bank Of America,   Po Box 982238,
               El Paso, TX 79998
95221907      +EDI: TSYS2.COM Nov 02 2019 05:58:00     Barclays Bank Delaware,   P.o. Box 8803,
               Wilmington, DE 19899-8803
95221910      +EDI: CITICORP.COM Nov 02 2019 05:59:00     Citibank/cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
95221911      +EDI: CITICORP.COM Nov 02 2019 05:59:00     Citicards Cbna,   Po Box 6217,
               Sioux Falls, SD 57117-6217
95221912      +EDI: WFNNB.COM Nov 02 2019 05:59:00     Comenity Bank/pttrybrn,   Po Box 182789,
               Columbus, OH 43218-2789
95221913      +EDI: WFNNB.COM Nov 02 2019 05:59:00     Comenitybank/jcrew,   Po Box 182789,
               Columbus, OH 43218-2789
95221914      +EDI: WFNNB.COM Nov 02 2019 05:59:00     Comenitybank/mayors,   Po Box 182789,
               Columbus, OH 43218-2789
95221915      +EDI: WFNNB.COM Nov 02 2019 05:59:00     Comenitybk/williams Vs,   Po Box 182789,
               Columbus, OH 43218-2789
95221916      +EDI: WFNNB.COM Nov 02 2019 05:59:00     Comenitycap/eldorado,   Po Box 182120,
               Columbus, OH 43218-2120
95221917      +EDI: WFNNB.COM Nov 02 2019 05:59:00     Comenitycb/zales,   Po Box 182120,
               Columbus, OH 43218-2120
95221918      +EDI: DISCOVER.COM Nov 02 2019 05:59:00     Discover Fin Svcs Llc,   Pob 15316,
               Wilmington, DE 19850-5316
95221919      +EDI: CHASE.COM Nov 02 2019 05:59:00     Jpmcb Card,   Po Box 15298,  Wilmington, DE 19850-5298
95221920      +EDI: CHASE.COM Nov 02 2019 05:59:00     Jpmcb Card,   Po Box 15369,  Wilmington, DE 19850-5369
95221922      +E-mail/Text: BKRMailOPS@weltman.com Nov 02 2019 03:04:42     Kay Jewelers,   375 Ghent Rd,
               Akron, OH 44333-4600
95221923      +EDI: TSYS2.COM Nov 02 2019 05:58:00     Macys/dsnb,   Po Box 8218,  Mason, OH 45040-8218
95221925      +EDI: DAIMLER.COM Nov 02 2019 05:59:00     Mercedes Benz Financia,   P.o. Box 961,
               Roanoke, TX 76262-0961
95221927      +E-mail/Text: bnc@nordstrom.com Nov 02 2019 03:04:08     Nordstrom/td Bank Usa,
               13531 E. Caley Ave,  Englewood, CO 80111-6504
95221930      +E-mail/Text: collbknotices@sccu.com Nov 02 2019 03:05:20     Space Coast Credit Uni,
               8025 N Wickham Rd,  Melbourne, FL 32940-7920
95221931      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/baers Furniture,   C/o Po Box 965036,
               Orlando, FL 32896-0001
95221932      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/banarepdc,   Po Box 965005,
               Orlando, FL 32896-5005
95221933      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/brandsmart,   C/o Po Box 965036,
               Orlando, FL 32896-0001
95221934      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/home Design Nahf,   C/o Po Box 965036,
               Orlando, FL 32896-0001
95221935      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/jcp,   Po Box 965007,  Orlando, FL 32896-5007
95221936      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/lowes,   Po Box 956005,  Orlando, FL 32896-0001
95221937      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/mc,   Po Box 965005,  Orlando, FL 32896-5005
95221938      +EDI: RMSC.COM Nov 02 2019 05:59:00     Syncb/whitehall,   C/o Po Box 965036,
               Orlando, FL 32896-0001
95221939      +EDI: CITICORP.COM Nov 02 2019 05:59:00     Thd/cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
                                                                                          TOTAL: 31
```

```
District/off: 113C-1          User: admin              Page 2 of 2              Date Rcvd: Nov 01, 2019
                              Form ID: 318             Total Noticed: 43
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95221908        Best Buy/cbna
                                                                        TOTALS: 1, * 0, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2019 at the address(es) listed below:
NONE.                                                                   TOTAL: 0
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 **Juan Carlos Baralt** | Social Security number or ITIN **xxx–xx–1581** | |
| First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN   _ _ _ _ | |
| First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court **Southern District of Florida** | | |
| Case number: **19–19628–RAM** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Juan Carlos Baralt**

November 1, 2019

**By the court:**

Robert A Mark
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**